# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**AMERICAN HEALTH UNDERWRITERS, INC.**
**AND JAMES H. CASHION, JR.**                          **PLAINTIFFS**

VS.                    CASE NO. 4:11MC00043 JMM

**GOLDEN RULE INSURANCE COMPANY**                      **DEFENDANT**

## ORDER

On November 23, 2011, Steve A. Uhrynowycz filed a Motion to Terminate Deposition contending that Plaintiff's counsel has refused to end Mr. Uhrynowycz's deposition in violation of the seven-hour limit for depositions found in Federal Rule of Civil Procedure 30(d).

Plaintiffs respond that they are entitled to additional time because Mr. Uhrynowyca refused to produce a substantial amount of information claiming that this information was shielded by attorney-client and work product privileges, and it was this refusal which consumed the deposition time. Plaintiff not only ask for additional deposition time, but that the Court order Mr. Uhrynowycz to produce documents he previously withheld based upon attorney-client and work product privileges.

Because the issues related to the alleged attorney-client and work product privileges have not been addressed by Mr. Uhrynowycz, he is directed to file a response on, or before, January 27, 2012, on these issues.

The Clerk of the Court is directed to send a copy of this Order to Stephen B. Niswanger, Niswanger Law Firm, #5 Innwood Circle, Suite 110, Little Rock, AR 72211.

IT IS SO ORDERED THIS 18th day of January, 2012.

James M. Moody
United States District Judge